**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        Case No.  3:16-cv-735-J-34JBT

TERI L. HUNTER,

        Defendant.
_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 10; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on September 19, 2016.  In the Report, Magistrate Judge Toomey recommends that Plaintiff's Motion for Entry of Default Final Judgment (Dkt. No. 9) be granted.  See Report at 2, 9.  Defendant has failed to file objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Motion for Entry of Default Final Judgment (Dkt. No. 9) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff United States of America, and against Defendant Teri L. Hunter, 33 Westridge Lane, Palm Coast, Florida 32164 in the sum of $49,926.18 plus $2.74 per day from December 14, 2015 to the date of this Order.

4. Post judgment interest will accrue at the statutory rate set forth in 28 U.S.C. § 1961.

5. The Clerk of the Court is further directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of October, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record

Teri L. Hunter
33 Westridge Lane
Palm Coast, FL 32164